IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Donald Kintner and                          :
Michelle Kintner                            :
                                            :
        v.                                  :   No. 532 C.D. 2018
                                            :
Zoning Hearing Board of                     :
Smithfield Township and                     :
Township of Smithfield                      :
                                            :
Appeal of: Township of Smithfield           :

## **O R D E R**

NOW, March 18, 2019, having considered appellees' application for reargument and appellant's answer in response thereto, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge